UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07mj93

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RANDALL CHARLES SANDER, ) | |
| ) | |
| Defendant. ) | |

Pending before the Court is the Government's Motion to Dismiss [# 3]. The Government moves to dismiss this case without prejudice pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, which provides that "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." The Court **GRANTS** the Government leave of Court to dismiss without prejudice the Complaint in this case. The Court **DIRECTS** the Clerk to certify copies of this Order to the United States Probation Office, the United States Marshall Service, Counsel for Defendant, and the United States Attorney's Office.

Signed: April 4, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge